1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   RANDY ALEXANDER SANDOVAL,              1:14-cv-00133-SKO (PC)

12                Plaintiff,                ORDER TRANSFERRING CASE TO THE
                                            SACRAMENTO DIVISION OF THE
13         v.                               EASTERN DISTRICT OF CALIFORNIA

14   M. O. PALAGUMMI,

15                Defendant.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18   U.S.C. § 1983, together with a request to proceed in forma pauperis pursuant to 28 U.S.C.

19   § 1915.

20         In his complaint, plaintiff alleges violations of his civil rights by defendant.  The alleged

21   violations took place in San Joaquin County, which is part of the Sacramento Division of the

22   United States District Court for the Eastern District of California. Therefore, the complaint should

23   have been filed in the Sacramento Division.

24         Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

25   court may, on the court's own motion, be transferred to the proper court.  Therefore, this action

26   will be transferred to the Sacramento Division.  This court will not rule on plaintiff's request to

27   proceed in forma pauperis.

28

1

1

Good cause appearing, IT IS HEREBY ORDERED that:

2

1.  This action is transferred to the United States District Court for the Eastern District of

3

California sitting in Sacramento; and

4

2.  All future filings shall refer to the new Sacramento case number assigned and shall be

5

filed at:

6

United States District Court
Eastern District of California

7

501 "I" Street, Suite 4-200
Sacramento, CA 95814

8

3.  This court has not ruled on plaintiff's request to proceed in forma pauperis.

9

IT IS SO ORDERED.

10

11

Dated:   **January 31, 2014**                    **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2