1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RANDY ALEXANDER SANDOVAL,                    No.  2:14-cv-0316 DAD P

12                   Plaintiff,

13           v.                                   ORDER

14   M.O. PALAGUMMI,

15                   Defendant.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18   U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

19   U.S.C. § 1915.  However, the certificate portion of the request which must be completed by an

20   official at plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not

21   filed a certified copy of his prison trust account statement for the six month period immediately

22   preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the

23   opportunity to submit a completed in forma pauperis application and a certified copy in support of

24   his application.

25          In accordance with the above, IT IS HEREBY ORDERED that:

26          1.  Plaintiff shall submit, within thirty days from the date of this order, a completed

27   affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk

28   of Court;

1

1      2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

2  Forma Pauperis By a Prisoner; and

3      3.  Plaintiff shall submit, within thirty days from the date of this order, a certified copy of

4  his prison trust account statement for the six month period immediately preceding the filing of the

5  complaint.  Plaintiff's failure to comply with this order will result in a recommendation that this

6  action be dismissed without prejudice.

7  Dated:  February 4, 2014

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/mp
sand0316.3c+new

2