1
2
3
4
5
6
7      UNITED STATES DISTRICT COURT
8      FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  RANDY ALEXANDER SANDOVAL,            No. 2:14-cv-0316 DAD P
11          Plaintiff,
12      v.                               ORDER
13  M. O. PALAGUMMI,
14          Defendant.
15

16       Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42
17  U.S.C. § 1983.  On February 5, 2014, plaintiff was directed to submit a complete application to
18  proceed in forma pauperis.  (ECF No. 5.)  Plaintiff was specifically advised to have the certificate
19  portion of the application completed by an official at the facility where he is incarcerated and to
20  provide a certified copy of his inmate trust account statement.  Plaintiff has now filed an
21  application for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However,
22  plaintiff has once again failed to file a certified copy of his prison trust account statement for the
23  six month period immediately preceding the filing of the complaint nor has he obtained the
24  certification required on the application form.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be
25  provided a final opportunity to submit the completed application and the certified copy of his
26  prison trust account statement in support of his application to proceed in forma pauperis.
27  /////
28  /////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's February 11, 2014, motion to proceed in forma pauperis (ECF No. 7) is denied without prejudice;

2. Plaintiff shall submit, within thirty days from the date of this order, a new application to proceed in forma pauperis, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint and the certification required on the application form. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated: February 25, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/kly/4
sand0316.3e