UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY ALEXANDER SANDOVAL, | No. 2:14-cv-00316 DAD P |
| Plaintiff, | |
| v. | ORDER |
| M.O. PALAGUMMI, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff has consented to Magistrate Judge jurisdiction in this action pursuant to 28 U.S.C. § 636(c). See ECF No. 6.

By an order filed on February 25, 2014, plaintiff was ordered to file within thirty days a new in forma pauperis application and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of his complaint. That thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed an in forma pauperis application and a certified copy of his trust account statement. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: April 9, 2014

DAD:4 sand316.fifp

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28